BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-00354 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS |
| v. | ) ) | CONFERENCE AND MOTIONS |
| JESSE NAJERA, | ) ) | |
| Defendants. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for Jesse Najera, that the status conference set for April 8, 2011 be continued to April 29, 2011 at 9:00 a.m.

   1.   The parties have met and discussed further investigation necessary to make a reasoned decision regarding disposition of the case.

   2.   Defense counsel needs additional time to pursue additional investigation with the defendant.

   3.   The parties further agree that time should be excluded for further defense investigation and preparation and for plea

negotiations to conclude, and that the ends of justice served by taking such action outweigh the public's and the defendant's interest in a speedy trial.

Dated: April 5, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: April 5, 2011                    /s/ Steven Crawford
                                        STEVEN CRAWFORD
                                        Attorney for Jesse Najera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>                    Plaintiff,            )<br>                                          )<br>v.                                        )<br>                                          )<br>JESSE NAJERA,                             )<br>                                          )<br>                    Defendants.           )<br>                                          ) | CASE NO. 1:10-CR-00354 LJO<br><br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE AND MOTIONS |

IT IS HEREBY ORDERED that the status conference set for April 8, 2011 be CONDITIONALLY continued to April 29, 2011 at 9:00 a.m. The Court finds that:

1. Defense counsel needs additional time to pursue additional investigation with the defendant.

3. Time should be excluded for further defense investigation and preparation and for plea negotiations to conclude, and that the ends of justice served by taking such action outweigh the public's and the defendant's interest in a speedy trial.

THE CONDITION OF THE GRANTING OF THE CONTINUANCE IS THAT AT THE NEXT STATUS HEARING, A TRIAL DATE WILL BE SET.

IT IS SO ORDERED.

**Dated:   April 6, 2011**                      /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

3