Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
148 North 13th, Suite 250
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

FILED
MAY 02 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for Defendant, JESSE NAJERA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10CR354 LJO |
| )  Petitioner, ) | |
| ) | ORDER |
| ) | REFERRING DEFENDANT TO |
| ) | BUREAU OF PRISONS FOR |
| ) | MENTAL EXAMINATION |
| JESSE NAJERA, ) | PURSUANT TO 18 USC 4241(a) |
| ) | AND 4247(b) and (c) |
| Defendant. ) | |
| _____ ) | |

This matter having come before the court on April 29, 2011 and argued and submitted, the court having found good cause to grant the Defendant's Motion to Institute Competency Proceedings on Mr. Najera does hereby order the following:

1. There is reasonable cause to believe the defendant, Jesse Najera may presently be suffering from a mental disease or defect rendering him

mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Pursuant to 18 USC 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination in accordance with the provisions of 18 USC 4247(b) and (c) to assist the Court in determining the defendant's mental competency.

3. Under 18 USC 4247 (b), the psychiatric or psychological exam shall be completed by a licensed or certified psychiatrist or psychologist. The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorneys for the government and the defendant as follows: Kimberly Sanchez, Attorney for the government, 2500 Tulare Street, Fresno, California 93721 and Steven L. Crawford, Attorney for the Defendant, 148 North 13th, Street, Suite 250, Grover Beach, California 93433.

The report shall include the following information
a. The defendant's history and present symptoms;
b. A description of the psychiatric or psychological or medical tests that were performed and their results;
c. The examiner's findings: and
d. The examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4. A status conference regarding this issue is currently set for June 24, 2011 at the hour of 10:00 am.

5. Time is excluded from the speedy trial act calculation for the delay resulting from these proceedings, including examination to determine the defendant's mental competency.

6. The clerk of the court shall serve a copy of this order on the United States Marshall, who shall immediately coordinate with the Bureau of Prisons to effectuate the defendant's transfer to an appropriate facility as soon as possible. The clerk shall likewise serve a copy of this order upon the Bureau of Prisons.

IT IS SO ORDERED:

DATED: 5-2-11

LAWRENCE J. O'NEILL, Judge, USDC