BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JESSE NAJERA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case. No. 1:10-cr-00354 LJO <br><br> **THE UNITED STATES' REQUEST FOR DISMISSAL;  ORDER** <br><br> Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against JESSE NAJERA, without prejudice and in the interest of justice.  The government has been notified by the detention facility in which JESSE NAJERA was being held that JESSE NAJERA has passed away.


                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 19, 2011            By:  /s/ Kimberly A. Sanchez
                                           BRIAN W. ENOS
                                           Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against  be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   July 20, 2011**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE